**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

ARTHUR GRANADO *et al.*,

                                    Plaintiffs,

                    v.

BRYAL EXPRESS LLC,

                                    Defendant.

**2:20-cv-08884 (KSH)(CLW)**

<u>**REPORT AND RECOMMENDATION**</u>

---

WHEREAS Plaintiffs Arthur Granado and Victoria Granado ("Plaintiffs") initiated this action on June 19, 2019 by filing a complaint in the Superior Court of the State of New Jersey, Law Division, Hudson County [ECF No. 1-1]; and

WHEREAS Defendant Bryal Express LLC ("Defendant") removed the action to this Court on July 14, 2020 [ECF No. 1]; and

WHEREAS Defendant filed an answer with a counterclaim for contribution against Arthur Granado on October 22, 2020 [ECF No. 6]; and

WHEREAS at the outset of this matter, counsel for Plaintiffs did not enter an email address on the docket [ECF No. 10], thus necessitating certain materials to be sent to his office via regular mail; and

WHEREAS some such materials were returned as undeliverable [ECF No. 11, 12]; and

WHEREAS Plaintiffs' counsel missed telephone conferences on June 2, 2021 and June 15, 2021 [ECF No. 19]; and

WHEREAS on June 15, 2021, the Court ordered Plaintiffs' counsel "to show cause in writing on the docket as to his failure to follow court orders, failure to participate in conferences

and failure to make a demand in this case by June 18, 2021 or risk sanctions or a dismissal" [ECF No. 19]; and

WHEREAS Plaintiffs' counsel failed to comply with ECF No. 19; and

WHEREAS Plaintiffs' counsel missed a telephone conference on July 21, 2021 [ECF No. 22]; and

WHEREAS on July 2021, the Court directed Plaintiffs' counsel to "respond to the Court by August 5, 2021 as to why all court orders have been violated including but not limited to his failure to appear on conferences; his failure to register with cm/ecf wherein the court entered his e-mail; his failure to participate in discovery and comply with the court-ordered scheduling order" and stated that "[t]his court will recommend to the District Judge that the case be dismissed in the event this order is not complied with" [ECF No. 22]; and

WHEREAS Plaintiffs' counsel failed to comply with ECF No. 22;

IT IS RESPECTFULLY RECOMMENDED on this 9th day of August, 2021 that the above case be dismissed in accordance with L. Civ. R. 41.1 without prejudice and without cost to any party; and

IT IS FURTHER RESPECTFULLY RECOMMENDED that the Clerk of Court be directed to close this case accordingly.

The parties have fourteen (14) days to file and serve objections to this Report and Recommendation pursuant to 28 U.S.C § 636 and L. Civ. R. 71.1(c)(2).

*/s/ Cathy L. Waldor*
Cathy L. Waldor
United States Magistrate Judge